SUDIE MERRELL, ADMINISTRATRIX, v. SOUTHBOUND RAILWAY
COMPANY.

(Filed 17 February, 1932.)

APPEAL by plaintiff from Clement, J., at April Term, 1931, of
FORSYTH.

Civil action to recover damages for an alleged wrongful death.

From a judgment of nonsuit entered at the close of plaintiff's evidence,
she appeals, assigning errors.

Wallace & Wall for plaintiff.
Parrish & Deal and Craige & Craige for defendant.

PER CURIAM. The case was properly nonsuited on authority of Davis
v. R. R., 187 N. C., 147, 120 S. E., 827, and Exum v. R. R., 154 N. C.,
408, 70 S. E., .845, as the facts bring it within the principles there
announced.

It would serve no useful purpose to set out the evidence in detail, as
the principal question presented is its sufficiency to carry the case to the
jury, and we agree with the trial court that it is wanting in the requisite
probative value to warrant a recovery for the plaintiff.

Affirmed.

---

LEM BROOKS ET AL. v. TOWN OF BREVARD.

(Filed 17 February, 1932.)

APPEAL by plaintiffs from Sink, J., heard by consent at Chambers,
Asheville, 26 August, 1931. From TRANSYLVANIA.

Civil action to restrain the defendant from enforcing a water ordi-
nance.

From a judgment dissolving the temporary restraining order, the
plaintiffs appeal, assigning errors.

D. L. English for plaintiffs.
Ralph H. Ramsey, Jr., and Merrimon, Adams & Adams for defendant.

PER CURIAM. It does not appear from the record that the plaintiffs
are entitled to the injunction which they seek.

Affirmed.